**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HELLAS TELECOMMUNICATIONS (LUXEMBOURG) SCA,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 12-10631 (MG) |

## ORDER CLOSING CHAPTER 15 CASE

Upon consideration of the Final Report of the Foreign Representatives and Motion for Order to Close Chapter 15 Case (the "Final Report and Motion to Close"); and due and sufficient notice of the Final Report and Motion to Close having been given; and no objections or responses to the Final Report and Motion to Close having been filed; and it appearing that the legal and factual bases set forth in the Final Report and Motion to Close establish just cause for the relief herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. This chapter 15 case is closed pursuant to Bankruptcy Code sections 350 and 1517(d), without prejudice to reopening pursuant to section 350. The Office of the Clerk of the Court is respectfully directed to close the above-captioned case.

2. This Court shall retain jurisdiction with respect to the effect, enforcement, amendment or modification of this Order, and any other request for additional relief in or related to this chapter 15 case.

**IT IS SO ORDERED.**
Dated:  September 27, 2022
         New York, New York

                                                          /s/ Martin Glenn
                                                    MARTIN GLENN
                                          Chief United States Bankruptcy Judge